# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-9995-FMO (SP) | Date | April 15, 2013 |
|---|---|---|---|
| Title | WILLIAM DICKSON v. G.D. LEWIS, Warden | | |

Present: The Honorable   Sheri Pym, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Why the *Kelly* Stay Should Not Be Vacated for Failure to File a Status Report**

On December 28, 2012, the court issued a minute order granting petitioner's motion for a *Kelly* stay and requiring petitioner to file a status report by March 28, 2013 and every 90 days thereafter. In the status report, petitioner was to address the status of petitioner's state habeas petition(s), including the date on which each petition was filed, the court in which it is pending, the case number, and any recent activity. In the court's January 30, 2013 Order Denying Possible Request to Lift the Stay and Amend the Petition, petitioner was reminded to file a status report no later than March 28, 2013. In both orders, petitioner was cautioned that if he fails to act diligently in seeking to exhaust his state court remedies or fails to act within the time frames discussed above, the court may vacate the stay and prohibit petitioner from raising any new claims in this action.

Over two weeks have passed beyond the deadline of March 28, 2013, and petitioner has failed to file a status report. Nor has petitioner made any other communication with the court. Petitioner is therefore in violation of the court's order. As such, plaintiff is ordered to show cause by **May 6, 2013** as to why the *Kelly* stay should not be vacated and why petitioner should not be prohibited from raising new claims in this action for failure to comply with the court's order to file a status report. Petitioner may discharge this order to show cause by filing the required status report by May 6, 2013.