UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-12-9995 - FMO (AS) | Date | February 3, 2014 |
|---|---|---|---|
| Title | William Dickson, Petitioner v. G.D. Lewis, Warden, Respondent. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On November 21, 2012, Petitioner William Dickson ("Petitioner") filed a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 ("Petition") (Docket Entry No. 1). On December 28, 2012, the Court granted Petitioner's Motion for a Stay and directed Petitioner to file status reports, every ninety days, apprising the Court of his efforts to exhaust an unexhausted claim in the state court (Docket Entry No. 9). Petitioner's last status report was filed on May 6, 2013. According to the California Courts' website, Petitioner's state habeas petition in the California Court of Appeal was summarily denied on July 12, 2012.[1] To date, there is no record of Petitioner filing a habeas petition in the California Supreme Court.

On September 16, 2013, the Court issued an Order directing Petitioner to file a status report (Docket Entry No. 21). On October 29, 2013, the Court issued an Order to Show Cause why the action should not be dismissed for failure to obey court orders (Docket Entry No. 22). These Orders were returned to the Clerk of the Court as undeliverable. On November 21, 2013, the Clerk of the Court noted that the California Department of Corrections lists Petitioner's new place of incarceration as the North Kern State Prison (Docket Entry No. 24). On November 27, 2013, the Court issued an Order to Show Cause why the Court should not vacate the stay of this action, entered on December 28, 2012. The Clerk of the Court sent this Order to Petitioner's new place of incarceration, despite Petitioner's failure to update the Court with his new mailing address, as he is required to do. To date, Petitioner has failed to inform the Court how or if he wishes to proceed with this habeas action.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute. Petitioner must file a response to this Order no later than **February 18, 2014. Petitioner is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed without prejudice for failure to comply with Court**

---

[1] The Court takes judicial notice of state court records that are available on the California Courts' website at http://appellatecases.courtinfo.ca.gov (last visited on February 3, 2014).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-12-9995 - FMO (AS) | Date | February 3, 2014 |
|---|---|---|---|
| Title | William Dickson, Petitioner v. G.D. Lewis, Warden, Respondent. | | |

**Orders.  See Rule 12, Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 41(b).**