**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM DICKSON,         ) | NO. CV 12-9995-FMO (AS) |
|                          ) | |
|       Petitioner,       ) | |
|                          ) | |
|       v.                ) | **JUDGMENT** |
|                          ) | |
| G D LEWIS, Warden,      ) | |
|                          ) | |
|       Respondent.       ) | |
|                          ) | |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

        DATED: June 13, 2014.


                              _____/s/_____
                                   FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE